FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

**Case Number:** 24-30146 JPG
**Case Name:** Meiuttenun CM Brown

**Period Ending:** 05/30/24

**Trustee:** Douglas Dymarkowski
**Filed (f) or Converted (c):** 01/27/24 (f)
**§341(a) Meeting Date:** 03/06/24
**Claims Bar Date:** 07/19/24

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Nissan Versa 2017 154k miles | Unknown | 0.00 | | 0.00 | FA |
| 2 | household goods and furnishings | 7,500.00 | 0.00 | | 0.00 | FA |
| 3 | three 32 inch tv'sX boxdesk top computerlap top | 500.00 | 0.00 | | 0.00 | FA |
| 4 | clothes of debtor | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Checking Account; checking at Huntington bank | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Savings Account; Chime account | 10.00 | 10.00 | | 0.00 | FA |
| 7 | Federal: tax refundnote: last five years, no refundsreceived due to owing taxes | Unknown | Unknown | | 0.00 | Unknown |
| 8 | Possible Preference Garnishment Crown Asset v Meiuttenun Brown  (u) | 0.00 | 670.05 | | 670.05 | FA |
| 9 | Possible  2023 Federal and State refunds (u) | 0.00 | 507.85 | | 0.00 | 507.85 |
| **TOTALS** (Excluding Unknown Values) | | **$8,910.00** | **$1,187.90** | | **$670.05** | **$507.85** |

**Major activities affecting case closing:**
4/29/2024 Garnishment preference funds received from Levy & Assoc.
4/11/2024 Preference garnishment demand sent to Levy & Associates. Notice of Assets filed.

**Initial Projected Date of Final Report (TFR):** March 31, 2025     **Current Projected Date of Final Report (TFR):** March 31, 2025

    May 30, 2024
        Date

/s/ Douglas Dymarkowski
Douglas Dymarkowski